United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-14351-amc |
| Monique Ellis | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 17, 2025 | Form ID: 139 | Total Noticed: 23 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Monique Ellis, 5228 Fairhaven Road, Clifton Heights, PA 19018-1320 |
| 14957860 | | Esurance An Allstate Company, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14957861 | | Indigo Mastercard Celtic Bank, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14957868 | + | One Main Financial, 156 Baltimore Pike, Springfield, PA 19064-3629 |
| 14957869 | | PECO, Attn: Bankruptcy, 2800 Commerce Dr, Harrisburg, PA 17110-9307 |
| 14957872 | | Saint Joseph University, ATTN: Bankruptcy, PO Box 1056, Blue Bell, PA 19422-0287 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QRHHOLBER.COM | Jan 18 2025 05:38:00 | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| smg | | Email/Text: megan.harper@phila.gov | Jan 18 2025 00:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14957855 | | Email/Text: collectors@arresourcesinc.com | Jan 18 2025 00:58:00 | AR Resources, Inc., ATTN: Bankruptcy, PO Box 1056, Blue Bell, PA 19422-0287 |
| 14957856 | | EDI: CAPITALONE.COM | Jan 18 2025 05:38:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14957857 | | EDI: WFNNB.COM | Jan 18 2025 05:38:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14957858 | | EDI: CCS.COM | Jan 18 2025 05:38:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14957859 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 18 2025 01:29:18 | Credit One Bank N.A., Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14957862 | + | EDI: IRS.COM | Jan 18 2025 05:38:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14957863 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 18 2025 01:17:25 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 14957865 | | Email/Text: EBN@Mohela.com | Jan 18 2025 00:58:00 | MOHELA, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 14957864 | | Email/Text: EBN@Mohela.com | Jan 18 2025 00:58:00 | Mohela, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 14957866 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jan 18 2025 00:58:00 | NMAC, Attn: bankruptcy Dept, PO Box 660366, Dallas, TX 75266-0366 |
| 14957867 | | Email/Text: bnc@nordstrom.com | Jan 18 2025 00:58:45 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 14957870 | | Email/Text: bankruptcies@penncredit.com | Jan 18 2025 00:58:00 | Penn Credit, Attn: Bankruptcy, 2800 Commerce |

Case 24-14351-amc   Doc 12   Filed 01/19/25   Entered 01/20/25 00:37:28   Desc Imaged
Certificate of Notice   Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 17, 2025 | Form ID: 139 | Total Noticed: 23 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| | | | Dr, Harrisburg, PA 17110-9307 |
| 14957871 | EDI: PENNDEPTREV | Jan 18 2025 05:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14957871 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 18 2025 00:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14957873 | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 18 2025 00:58:00 | Specialized Loan Servicing LLC, Attn: Bankruptcy, PO Box 630147, Littleton, CO 80163-0147 |
| 14957874 | EDI: VERIZONCOMB.COM | Jan 18 2025 05:38:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Spring, MO 63304-2225 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2025         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Monique Ellis brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| ROBERT H. HOLBER | trustee@holber.com  rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | on behalf of Trustee ROBERT H. HOLBER trustee@holber.com  rholber@ecf.axosfs.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re:  Monique Ellis
5228 Fairhaven Road
Clifton Heights, PA 19018

Debtor(s)                                                                                                      Case No: 24−14351−amc

Chapter: 7

Last Four digits of Social Security
or Individual Taxpayer−Identification (ITIN) No(s).,
(if any) Employer Tax−Identification (EIN) No(s). (if any).:
xxx−xx−5430

_____

### NOTICE OF NEED TO FILE PROOF OF CLAIM
### DUE TO RECOVERY OF ASSETS

*NOTICE IS GIVEN THAT:*

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before

*Date:* 4/21/25

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms) or you can obtain one at any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (http://www.pacer.gov) to view your filed proof of claim

There is no fee for filing the proof of claim.
***Any creditor who has filed a proof of claim already need not file another proof of claim.***

900 Market Street
Suite 400
Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

**Date:** 1/17/25

11
Form 139