## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Monique Ellis,<br><br>                    *Debtor*. | Case No. 24-14351-amc<br>Chapter 7 |

## Certificate of Service

I, Brad J. Sadek, certify that on March 4, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Notice of Chapter 7 Bankruptcy Case (ECF No. 7)

- Notice of Need to File Proof of Claim Due to Recovery of Assets (ECF No. 11-1)

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: March 4, 2025

/s/ Brad J. Sadek
Brad J. Sadek
Sadek Law Offices, LLC
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
brad@sadeklaw.com

## Mailing List Exhibit

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| AT&T<br>Attn: Bankruptcy<br>2270 Lakeside Blvd, 7th Floor<br>Richardson, TX 75082 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Comcast<br>Attn: Bankruptcy<br>1701 John F. Kennedy Boulevard<br>Philadelphia, PA 19103 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| E-ZPass New Jersey<br>P.O. Box 4971<br>Trenton, NJ 08650 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| E-ZPass Pennsylvania<br>300 E Park Dr #2729<br>Harrisburg, PA 17111 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| GSPP Rehabilitation<br>1800 Lombard Street<br>Philadelphia, PA 19146 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Lee Dental Associates, Ltd.<br>114 South State Road<br>Springfield, PA 19064 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Main Line Health<br>100 East Lancaster Avenue<br>Wynnewood, PA 19096 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Penn Medicine<br>3400 Spruce St<br>Philadelphia, PA 19104 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Philadelphia Gas Works<br>800 W. Montgomery Avenue<br>Philadelphia, PA 19122 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |
| Progressive Insurance<br>Attn: Bankruptcy<br>300 North Commons Blvd.<br>Cleveland, OH 44143 | Creditor | ☐ CM/ECF<br>☒ First Class Mail<br>☐ Certified Mail<br>☐ Email:<br>☐ Other: |