**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|    Monique Ellis | : | Chapter 7 |
| | : | Case No. 24-14351-AMC |
|                     Debtor | : | |

## RESPONSE TO MOTION FOR RELIEF OF THE AUTOMATIC STAY

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. Admitted.
8. Admitted.
9. Denied. By way of further answer, Debtor/Borrower is working on a repayment plan with the movant to cure the alleged delinquency.
10. Denied.
11. Denied.
12. Denied.
13. Denied.
14. Denied.

WHEREFORE, based on the aforementioned, Movant shall be denied an Order Granting Relief from the Automatic Stay in the instant Bankruptcy matter.

                                                               Respectfully submitted,

Dated: <u>August 14, 2025</u>                          /s/ Brad J. Sadek, Esquire
                                                        Brad J. Sadek, Esquire
                                                        Sadek Law Offices
                                                        1500 JFK Boulevard, Suite 220
                                                        Philadelphia, PA 19102
                                                        (215) 545-0008
                                                        brad@sadeklaw.com

                                                        *Counsel to the Debtor*