IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MONIQUE ELLIS<br>         Debtor,<br><br>NISSAN MOTOR ACCEPTANCE COMPANY LLC FKA NISSAN MOTOR ACCEPTANCE CORPORATION<br>         Movant,<br><br>v.<br><br>MONIQUE ELLIS, and<br>ROBERT H. HOLBER, Trustee<br>         Respondents | Bankruptcy No. 24-14351-amc<br><br>Chapter 7 |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, comes Movant, Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation (the "Movant"), by and through its undersigned counsel, Bernstein-Burkley, P.C., and files this Motion for Relief from the Automatic Stay (the "Motion"), representing as follows:

### THE PARTIES

1. Respondent, Monique Ellis (the "Debtor") is an adult individual with a place of residence located at 5228 Fairhaven Road, Clifton Heights, PA 19018.

2. Robert H. Holber is the duly appointed Chapter 7 Trustee and is currently acting in such capacity.

### JURISDICTION AND VENUE

3. This matter is a core proceeding, and this Court has jurisdiction pursuant to 28 U.S.C. § 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. Movant seeks relief pursuant to 11 U.S.C. § 362(d) and FRBP 4001 and 9014.

### FACTUAL BACKGROUND

4. On or about December 6, 2024, the Debtor filed a voluntary petition for relief pursuant to Chapter 13 of the Bankruptcy Code.

5. On or about February 25, 2022, the Debtor purchased a 2020 Infiniti QX50, VIN: 3PCAJ5M17LF118991 (the "Vehicle"), pursuant to a Retail Installment Contract (the "Contract") with the Movant, a true and correct copy of which is attached hereto as **Exhibit A**.

6. Movant has a secure interest in the Vehicle, as evidenced by the Certificate of Title attached hereto as **Exhibit B**.

7. The Contract requires monthly payments of $780.00, which amounts are due on or before the 11th of each month.

8. As of the date of this Motion, the Debtor is in default of their payment obligations to Movant in the amount of $3,096.00. The Debtor is currently due for the September 11, 2025 contractual payment.

9. The total balance due on the Note as of November 26, 2025, was $26,607.38.

10. The J.D. Power value for the 2020 Infiniti QX50, VIN: 3PCAJ5M17LF118991 is $16,125.00. A true and correct copy of a printout showing that value is attached hereto as **Exhibit C**

11. Movant is entitled to relief from the automatic stay for cause, including the lack of adequate protection and because the Debtor has failed to make contractual payments to Movant. 11 U.S.C. §362(d)(1).

WHEREFORE, Movant, Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation respectfully requests that this Honorable Court enter an Order, pursuant to 11 U.S.C. § 362(d), granting Movant relief from stay with respect to the 2020 Infiniti QX50, VIN: 3PCAJ5M17LF118991.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax: (412) 456-8135

Dated: December 22, 2025

*Counsel for Nissan Motor Acceptance Company LLC fka Nissan Motor Acceptance Corporation*